**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8103**

THOMAS LOUIS DAVIS,

        Plaintiff – Appellant,

    v.

ANGELA MCCALL TANNER; KIMBERLY SMITH, Ex Solicitor; MCDUFFEY
STONE, III, Head Solicitor; ALEXANDER ROBINSON, Solicitor;
LARRY WEIDNER, Private Attorney; PERRY M. BUCKNER, Judge;
CARMEN T. MULLEN; JAMES E. LOCKEMY; HOWARD P. KING, Judge;
J. ERNEST KINARD, Judge; O. G. CHASE, Magistrate Judge;
NANCY SADLER, Magistrate Judge; BRYANT BEARED, Head Chief
Detective; LARRY D. EHLER; MICHAEL R. SEWARD,

        Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  G. Ross Anderson, Jr., Senior
District Judge.  (9:08-cv-02248-GRA)

Submitted:  July 23, 2009        Decided:  July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Louis Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Louis Davis appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration thereof. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Tanner, No. 9:08-cv-02248-GRA (D.S.C. Sept. 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED